IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



THURMAN D. SHAW, JR.,

    Plaintiff,

v.    Civil Action No. 3:14CV713–HEH

CHRISTOPHER TAYLOR, *et al.*,

    Defendants.

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

By Memorandum Order entered on November 17, 2014, the Court conditionally docketed Plaintiff's action. On November 25, 2014, United States Postal Service returned the November 17, 2014 Memorandum Order to the Court marked, "RETURN TO SENDER" and "Inmate Released." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                               /s/
                              HENRY E. HUDSON
Date: Dec 10, 2014          UNITED STATES DISTRICT JUDGE
Richmond, Virginia